ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Parsons Government Services, Inc. | ) ASBCA No. 63147 |
| | ) |
| Under Contract No. W56KGY-17-C-0006 | ) |

APPEARANCE FOR THE APPELLANT:     Marc Radin, Esq.
                                    Counsel

APPEARANCES FOR THE GOVERNMENT:   Scott N. Flesch, Esq.
                                    Army Chief Trial Attorney
                                    MAJ Weston E. Borkenhagen, JA
                                    CPT Timothy M. McLister, JA
                                    Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  December 8, 2022

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63147, Appeal of Parsons Government Services, Inc., rendered in conformance with the Board's Charter.

Dated:  December 12, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals